Texas Court of Criminal Appeals

I would like to file a PDR with your court because my case is a lie. Sheri Doring don't know wherather or not I'm a man or a woman, ive been circumcized all my life an if anyone should know it God also my mother Opel Jean Hamilton who bought me in the world and I want an Appeal to prove my innocence of Sheri Doring lie of me being uncircumcize by examine by Doctor or whatever its take to prove my innocte of this lie putting in Odessa American Newspaper demarging my character of being a child of God and I'll appreiate that to be cleared just objected what the case is a lie. Her sister Sheila Towe is pill pealer and thief cause she sills Sheri Doring medicine and her weed, Rosie her other sister that has M/s like I have is where everything started this is der entire case and when we get this into PDR you will see. Sheila ran over Sheri D broke her leg that wasn't reported (M.B, Police) Terry I. decent Outfit exposure, no police report nor, MB Flecia reported Best of friend Terry = Felicia Ross

RECEIVED
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

(1) I helped Sheri Downing with her pain by getting her something for her pain after her sister Shela ran her over in her car by giving her morphine I had recieved from the hospital cause I wasn't going to take it.

(2) After this she asked me to be her pimp, I responded no, you asked me for help so this is what I do, Shela comes over few minutes after she tells her I gave her something for pain and I should be their Pimp. Shela ask me if I coud get more, I said no. Shela leaves then comes back, tells me you think I cant handle you, then flops her house coat up like a topless dancer, then walks out the door.

(3) I asked Sheri, what did she mean about all of that, Sheri replies that she told her sister we have been having sex quite often, I say what you tell her that for, so she laughs about it, that not funny, nothing to joke about dont worry I was only joking.

(4) Ex Police officer Jerry J Lehin P.G. M.G.R. Good friend at Dawkley release able to visit Sheri

(5) Terry pulled his penis out on her in their Dang apartment without reporting it to Manager or police.

(6) Reason for me getting pain medicine was because her sister Shele ran her over with her car plus stole her pain medicine from her cause she has a key to her apartment and didn't want Delicia to prove about cause she would get evicted Shela ! pension and she didn't want that to happen (7) She came down stairs to my mother apartment April 9, 2017 to 600 about (A) Terry penis (B) Shela running her over with her car and stealing pain medicine.

Thank You

John B. Hawthorne